AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Shulman) USAO CW No. 25-064

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
Taylon Da Silva Nunes
a/k/a Taylon Pimenta

*Defendant(s)*

Case No. 26-mj-1655

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 18, 2026 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(1) | forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer of the United States, while the officer was engaged in the performance of his official duties and physical contact resulted |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

s/Raifream Washington
*Complainant's signature*

Raifream Washington, Deportation Officer, ICE
*Printed name and title*

Sworn to before me by telephone.

PAMELA A. CARLOS Digitally signed by PAMELA A. CARLOS Date: 2026.08.21 15:17:26 -04'00'
*Judge's signature*

Date: ____________

City and state: Philadelphia, Pennsylvania

Honorable Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*